**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MARY F. CUMMINGS, § | |
| § | |
| Plaintiff, § | |
| vs. § | Case No. 18-CV-231-RAW |
| § | |
| UNITED STATES POSTAL SERVICE, § | |
| § | |
| Defendant. § | |

## DECLARATION OF PAMELA R. FREEMAN

I, Pamela R. Freeman, make the following declaration in lieu of an affidavit, as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed with the United States District Court for the Eastern District of Oklahoma and that it is the legal equivalent of a statement under oath.

1. I am over twenty-one (21) years of age and I am competent to give the declaration.

2. I am employed with the United States Postal Service ("USPS") presently as the Postmaster for the United States Post Office in Muldrow, Oklahoma.

3. I have been employed with the USPS for 27 years and have been in management for 13 years.

4. In or about September of 2017, in my capacity as Officer In Charge while at Heavener Post, I had to select one candidate for the position of PSE Sales and Services/ Distribution Associate ("SSDA") for the Muse Post Office. Muse Post Office is a Remotely Managed Post Office ("RMPO") managed by Heavener Postmaster.

5. I received an Interactive Pre-Hire List which scored five candidates that qualified for the position including Cummings. (Att. 1)

6. I interviewed four out of the five candidates including Cummings who had a score of 82.30. (Att. 1)

7. Cummings did not interview well.

8. Another candidate with a score of 82.10, slightly below Cummings' score, interviewed well, I strongly recommended her, and she was placed into the position. (Att. 1).

9. My non-selection of Cummings was not based upon age.

I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

Signed this 11 day of June 2020.

*Pamela R. Freeman*
Pamela R. Freeman

# USPS

Interactive Pre-Hire List

Job Title: 2395-0017 PSE SALES & SVCS/DISTRIBUTION ASSOCIATE - MUSE OK

Requisition # 10141538

Number of vacancies to fill: 001

Date: 09/11/2017 - 15:59:34

Submitted by B6NCD0 on 09/20/2017 - 15:18:29

| Candidate | Final Score | Application | Candidate Status | Vet Pref Adj. | Interview Results | Facility Location | Current/Prior USPS/FED | Comment |
|---|---|---|---|---|---|---|---|---|
| Mrs. Mary F Cummings | 82.30 | 16800578 | Rejected | N/A | Not Recommended | | N/A | |
| | 82.30 | 16770889 | Withdrawn | N/A | | | | |
| | 82.10 | 16758557 | To Be Hired | N/A | Strongly Recommended | | N/A | |
| | 80.80 | 16744455 | Rejected | N/A | Recommended | | N/A | |
| | 80.20 | 16741058 | Rejected | N/A | Select | | N/A | |

Attachment 1